# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================

## ON MOTION FOR REHEARING

========================

---

### NO. 03-03-00376-CV

---

**Springs Window Fashions Division, Inc.; Springs Window Fashions, L.P.; and SWF, Inc. d/b/a SC-SWF, Inc., Appellants**

**v.**

**The Blind Maker, Inc., Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. GN002888, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## S U P P L E M E N T A L   O P I N I O N

On May 29, 2003, the district court entered judgment on a jury verdict against appellants (collectively, Springs Windows), awarding appellee, The Blind Maker, Inc., $5,167,240 in actual damages and $2,090,000 in exemplary damages. On January 20, 2006, we issued an opinion holding that, while there is legally and factually sufficient evidence that Springs committed fraud against Blind Maker, the evidence is legally and factually insufficient to support the full amount of actual damages the jury awarded. In particular, we concluded that there is sufficient evidence only that Blind Maker incurred $1,270,952 in lost-profits damages. Subtracting $1,270,952

from the jury's award of $5,167,240 in actual damages reveals a difference of $3,896,288. Accordingly, we suggested a remittitur in the amount of $3,896,288. *See* Tex. R. App. P. 46.3. We then affirmed the jury's exemplary damages award, and we overruled Springs's argument concerning the appropriate post-judgment interest rate.

Blind Maker has informed this Court that it has filed a remittitur of $3,896,288 with the clerk of the district court. In accordance with our January 20, 2006 opinion, we reform the actual damages portion of the judgment of the district court to award Blind Maker $1,270,952 in actual damages instead of the original $5,167,240. In addition, we reform the pre-judgment interest portion of the judgment to state that pre-judgment interest shall be calculated at 10% per year on $1,270,952, with accrual beginning on September 29, 2000. We affirm the judgment of the district court as reformed.

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Reformed on Remittitur and, as Reformed, Affirmed

Filed: April 20, 2006

2